Todd D. Gardner (#5953)
BATEMAN, GOODWIN & GARDNER
4120 South Highland Drive, Suite 100
Salt Lake City, Utah 84124
Telephone: (801) 424-3451
Facsimile: (801) 424-3429
Attorney for Plaintiffs

William D. Marler (admission *pro hac vice* pending)
Denis Stearns (admission *pro hac vice* pending)
MARLER CLARK, LLP PS
701 First Avenue, Suite 6600
Seattle, WA 98104
Telephone: (206) 346-1888
Facsimile: (206) 346-1898
Attorneys for Plaintiffs

FILED
U.S. DISTRICT COURT
2008 OCT -6 P 2: 15
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

RECEIVED CLERK
OCT 03
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| WEYLIN and MEGAN RICHARDS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>WENDY'S INTERNATIONAL, INC., an Ohio corporation,<br><br>Defendants. | **ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Civil No. 1:08-cv-00046<br><br>Judge: The Honorable Tena Campbell |

Based on the Notice of Voluntary Dismissal With Prejudice submitted by Plaintiffs Weylin Richards and Megan Richards ("Plaintiffs"), and good cause appearing,

IT IS HEREBY ORDERED THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and DUCivR 54-1(d), Plaintiffs claims against Defendant Wendy's International, Inc. are hereby dismissed in their entirety with prejudice, each party to bear its own costs.

DATED this **7** day of **October**, 2008.

BY THE COURT:

*[signature]*

The Honorable Tena Campbell

United States District Judge